# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 25-15-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **FINAL ORDER OF FORFEITURE** |
| **BRANDON DALE DOSTER,** | |
| **Defendant.** | |

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. 59) pursuant to 18 U.S.C. § 924(d) and Fed. R. Crim. P. 32.2(c)(2). Having reviewed said Motion, the Court FINDS:

1. The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d) for violation of 18 U.S.C. § 922(g)(1), to which Defendant Brandon Dale Doster pled guilty.

2. On October 1, 2025, the Court entered a Preliminary Order of Forfeiture (Doc. 56), which forfeited Defendant Brandon Dale Doster's interest in the following property:

- Jennings, model J-22, .22 caliber, semi-automatic pistol, serial no. 644102; and
- Miscellaneous ammunition.

1

3.      As required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), all known interested parties were provided an opportunity to respond, published notice is complete (Doc. 58), no claims were made to the property and the time for doing so has expired.

4.      The United States has established that the above-identified Jennings pistol firearm was stolen from K.D., its lawful owner. However, the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") has confirmed that K.D. may be prohibited from possessing firearms due to a prior felony conviction. Therefore, the United States has requested the Court finally forfeit the Jennings pistol to K.D., while permitting the ATF to return the Jennings to K.D. pursuant to *Henderson v. United States*, 575 U.S. 622 (2015), which allows transfer of a firearm owned by a felon to a designated third-party as long as the prohibited person is prevented from exercising control over the firearm.

5.      It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d) and Fed. R. Crim. P. 32.2(c)(2).

IT IS ORDERED THAT:

1.      The United States' Motion for Final Order of Forfeiture (Doc. 59) is GRANTED.

2.    The following firearm is finally forfeited to K.D., who the United States has established is its lawful owner:

- Jennings, model J-22, .22 caliber, semi-automatic pistol, serial no. 644102.

The ATF is directed to return this firearm to K.D. in accordance with governing law, including the *Henderson* holding, when no longer needed as evidence.

3.    The following property is finally forfeited to the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Miscellaneous ammunition.

The United States has full and legal title to this forfeited property and may dispose of it in accordance with governing law.

DATED this _6th_ day of January 2026.

SUSAN P. WATTERS
United States District Court Judge

3